

**NUMBER 13-09-00106-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**EX PARTE: EFRAIN MALDONADO, JR.**

**On appeal from an application
for Writ of Habeas Corpus**

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Efrain Maldonado, Jr., pro se, perfected his appeal from the trial court's denial of his application for writ of habeas corpus. Efrain Maldonado, Jr. has filed a motion to dismiss his appeal without prejudice and for a copy of his "Amended Memorandum of Law" which was filed with the trial court. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion and dismiss the appeal. We also grant Efrain Maldonado, Jr.'s request for a copy of his Amended Memorandum of Law. The trial court is directed to send Efrain Maldonado, Jr. a copy of his Amended Memorandum of Law within twenty

days from the date of this memorandum opinion. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this 2nd day of July, 2009.